UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAYSHA BLOUNT** | |
| | **CIVIL ACTION NO.** |
| **VERSUS** | |
| | **20-675-JWD-EWD** |
| **CAPITAL ONE FINANCIAL CORP.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 13, 2021 (Doc. 25), to no objection was filed,

**IT IS ORDERED** that the Motion to Dismiss Plaintiff's Complaint, (Doc. 7) filed by Defendant Capital One Financial Corp., is GRANTED, and that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Motion for More Definite Statement, (Doc. 7) filed by Defendant Capital One Financial Corp., is DENIED AS MOOT.

**IT IS FURTHER ORDERED** that Plaintiff Daysha Blount is given twenty-one (21) days from the date of this Opinion adopting the Report and Recommendation (Doc. 25) in which to amend her Complaint to cure the deficiencies. Plaintiff's failure to timely file an amended complaint will result in conversion of the dismissal to one with prejudice.

Signed in Baton Rouge, Louisiana, on <u>August 31, 2021</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**