UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAYSHA BLOUNT** | |
| | **CIVIL ACTION NO.** |
| **VERSUS** | |
| | **20-675-JWD-EWD** |
| **CAPITAL ONE FINANCIAL CORP.** | |

## JUDGMENT

On August 31, 2021, the Court issued an opinion (Doc. 26), which allowed Plaintiff twenty-one (21) days from the date of the Opinion adopting the Report and Recommendation (Doc. 25) in which to amend her Complaint to cure the deficiencies. As of today, a review of the record shows that Plaintiff has failed to timely file an amended complaint, resulting in a dismissal, with prejudice. Therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant Capital One Financial Corp., against Plaintiff Daysha Blount, dismissing Plaintiff's claims, WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on September 22, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**